IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| ANGEL GARCIA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 7:16CV5000 |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) ) ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's application to proceed in district court without prepaying fees or costs (Filing No. 2). The Court has reviewed the affidavit in support of plaintiff's motion and finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted. This action shall be filed at no cost to plaintiff pursuant to 28 U.S.C. § 1915(a)(1).

DATED this 12th day of April, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court