IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANGEL D. GARCIA, | ) | |
| | ) | |
| Plaintiff, | ) | 7:16CV5000 |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) ) ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's application for extension of time to file brief (Filing No. 15). The Court notes defendant has no objection, and said application will be granted. Accordingly,

IT IS ORDERED that plaintiff's application for extension of time is granted; plaintiff shall have until August 8, 2016, to file her brief.

DATED this 27th day of July, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court